1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERIDIAN HEALTHCARE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GURUNANDA, LLC,<br><br>    Defendant. | Case No. 8:24-cv-02095-JWH-DFM<br><br>**ORDER TO SHOW CAUSE REGARDING SUBJECT MATTER JURISDICTION AND COMPLIANCE WITH RULE 7.1(a)(2)** |

1    In September 2024, Plaintiff Veridian Healthcare LLC filed a Complaint

2  against Defendant GuruNanda, LLC.[1]  Veridian Healthcare asserts that this

3  Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), on the

4  basis of diversity of citizenship between the parties.[2]

5    District courts "have original jurisdiction of all civil actions where the

6  matter in controversy exceeds the sum or value of $75,000, exclusive of interest

7  and costs, and is between . . . citizens of different states[.]"  28 U.S.C. § 1332.

8  "[T]he party asserting diversity bears the burden of proof."  *Kanter v. Warner-*

9  *Lambert Co.*, 265 F.3d 853, 857-58 (9th Cir. 2001).

10    The issue here is the citizenship of the parties, each of which is a limited

11  liability company.  A limited liability company "is a citizen of every state of

12  which its owners/members are citizens."  *Johnson v. Columbia Properties*

13  *Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  The Court cannot determine

14  whether the parties are diverse until it knows the citizenship of every

15  owner/member of Veridian Healthcare and of GuruNanda.  Moreover, the

16  parties have not complied with their obligations under the Federal Rules of Civil

17  Procedure, which require them to "name—and identify the citizenship of—

18  every individual or entity whose citizenship is attributed to that party."

19  Fed. R. Civ. P. 7.1(a)(2).

20    For the foregoing reasons, the Court hereby **ORDERS** as follows:

21    1.    Veridian Healthcare is **DIRECTED** to file no later than

22  December 6, 2024, a written response to this Order to Show Cause that provides

23  the names and state(s) of citizenship of each owner/member of Veridian

24  Healthcare and of GuruNanda.

25

26

27  [1]    Compl. (the "<u>Complaint</u>") [ECF No. 1]

28  [2]    *Id.* at ¶ 1.

2.      GuruNanda is also **DIRECTED** to file no later than December 6, 2024, a written response to this Order to Show Cause that provides the names and state(s) of citizenship of each of its owners/members.

3.      The failure of either party to comply with this Order to Show Cause will result in the imposition of monetary sanctions against the non-compliant party and its counsel of record.

4.      A hearing on this Order to Show Cause is **SET** for December 20, 2024, at 11:00 a.m. in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California.

**IT IS SO ORDERED.**

Dated:    November 25, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE